The relief described hereinbelow is SO ORDERED

Done this 9th day of September, 2014.



*Dwight H. Williams, Jr.*
**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | |
| KELVIN D. WILBURN | CHAPTER 13 |
| | CASE NO. 12-32916 |
| Debtor(s) | |

## ORDER CONDITIONALLY DENYING RELIEF FROM STAY

This matter came on for hearing upon the motion of CitiMortgage, Inc., seeking relief from the automatic stay imposed by 11 U.S.C. § 362, as it relate(s) to the enforcement of the lien of CitiMortgage, Inc. and its assigns, against property of the Debtor(s) located at 3437 DUNDALE ROAD MONTGOMERY, AL 36109.

Whereas the Court being informed of the agreement of the parties, it is therefore ORDERED, ADJUDGED and DECREED that the motion of CitiMortgage, Inc.is CONDITIONALLY DENIED, conditioned upon the following:

1. The Debtor(s) post-petition arrearage due CitiMortgage, Inc. is the aggregate amount of $1,670.65 which represents the payments due for April - June 2014, less $551.06 in

suspense, and which includes attorney fees/costs in the amount of $826.00 is to be placed back into the Debtor(s) Chapter 13 plan. The Debtor(s) plan is amended to include, the aforementioned post-petition arrearage, fees and costs due CitiMortgage, Inc. with the Debtor(s) payments to the Chapter 13 Trustee being increased to $81.00 bi-weekly, and the Chapter 13 Trustee`s payments to CitiMortgage, Inc. being increased to $140.00 per month. CitiMortgage, Inc. is hereby allowed to file a claim for, the said post-petition arrearage, fees and costs.

2. The Debtor(s) shall resume his/her/their regular monthly payments due CitiMortgage, Inc. as said payments fall due each month, beginning with the July, 2014 and continuing each successive month thereafter until the Debtor(s) mortgage obligation with CitiMortgage, Inc., or its assigns, has been satisfied.

3. In the event that any regular monthly payment is not received by CitiMortgage, Inc. or its assigns, by the date it falls due pursuant to the terms of the Debtor(s) loan agreement with CitiMortgage, Inc., beginning with the July, 2014 payment, then CitiMortgage, Inc. or its assigns, shall give notice to the Debtor(s) and the Debtor(s) attorney of the default, and if the default is not cured within twenty (20) days of the date of said notice, then the automatic stay shall immediately lift without further Orders from the Court, allowing CitiMortgage, Inc., or its assigns, to proceed against or otherwise liquidate the property described hereinabove.

*** END OF ORDER ***

Consented to by:

Richard D. Shinbaum
Attorney for Debtor(s)

Curtis C. Reding
Chapter 13 Trustee

This Order was prepared by:
Michael Lindsey
Attorney for CitiMortgage, Inc.