UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 12–32916
       Chapter 13

Kelvin Wilburn

    Debtor

# NOTICE OF FINAL REQUIREMENTS NECESSARY FOR DISCHARGE

The trustee has filed a Notice of Completion of Plan Payments in the above referenced case. In order for the case to be discharged, the following must be filed within thirty (30) days of this notice or the case will be CLOSED without discharge:

☐ **Certificate of Completion of Financial Management Course by Debtor.** In a joint case, each spouse must file a certificate. Should the debtor be entitled to a waiver of this requirement, the debtor must file a Motion for Waiver of Financial Management Course Requirement and receive an order granting the motion. The certificate(s) or order granting a waiver must be filed before filing a motion for entry of discharge.

☒ **Motion for Entry of Discharge Under §1328(a).** The motion must substantially conform to Local Form 6 and include all certifications required pursuant to Local Rule 4004–1(a). If the debtor(s) is unable to make all required Local Rule 4004–1(a) certifications, the debtor(s) must request a hearing for the Court to determine if a discharge is applicable pursuant to 11 U.S.C. §1328(a).

NOTE: *A Motion to Reopen Case will be required for the debtor to receive a discharge after the case has been closed.*

Dated: May 5, 2016

*Juan-Carlos Guerrero*

Juan–Carlos Guerrero
Clerk, U.S. Bankruptcy Court

# CERTIFICATE OF NOTICE

| District/off: 1127-2 | User: jingram | Page 1 of 1 | Date Rcvd: May 05, 2016 |
|---|---|---|---|
| | Form ID: nfrndc | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2016.
db     +Kelvin Wilburn,   3437 Dundale Road,   Montgomery, AL 36109-5113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2016     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2016 at the address(es) listed below:
    Bankruptcy Administrator    ba@almb.uscourts.gov
    Curtis C. Reding    trustees_office@ch13mdal.com
    Michael W Lindsey    on behalf of Creditor    CitiMortgage, Inc. mlindsey@jandllawfirm.com, eeberhardt@jandllawfirm.com
    Paul LePage Beckman, Jr.    on behalf of Creditor    Max Credit Union, FKA Max Federal Credit Union cbr3@cbrlegal.com
    Richard D. Shinbaum    on behalf of Debtor Kelvin  Wilburn rshinbaum@smclegal.com, smclegalecf@gmail.com
    TOTAL: 5