# Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

P.O. Box 173
Montgomery, AL 36101-0173
PHONE 334-262-8371 • FAX 334-262-8599

SABRINA L. MCKINNEY
ACTING TRUSTEE

BETH PEEK
ASSISTANT TRUSTEE

November 10, 2016

United States Bankruptcy Court
Clerk of the Court
Post Office Box 1248
Montgomery, Alabama 36192

RE: Report of Unclaimed Funds

Dear Clerk of the Court:

The following Chapter 13 cases have been closed by Order of the Court; however, certain funds of the estates have been unpaid. Enclosed is check #3012512 for $8,923.74 representing those unpaid funds. Pursuant to Rule 3011 of the Rules of the Bankruptcy Procedure, below is an itemized listing of the names and addresses of those creditors, or debtors, not receiving full payment or refund, under the plans (due to checks not being negotiated).

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| MERRY WASHINGTON<br>10-81545-WRS | MERRY WASHINGTON<br>2974 CO RD 81<br>TUSKEGEE, AL, 36083 | $0.31 |
| CHARLES E WILLIAMSON II<br>10-32636-DHW | CHARLES E WILLIAMSON II<br>1503 PETTIBONE RD<br>GREENVILLE, AL, 36037-7161 | $1.73 |
| TERRIONA JEQUEAL BAILEY<br>FRANCESCA NICOLE BAILEY<br>10-81575-WRS | TERRIONA JEQUEAL BAILEY<br>FRANCESCA NICOLE BAILEY<br>1241 30TH ST<br>VALLEY, AL, 36854 | $40.83 |
| DAVID ANGELO BANKS<br>BARBARA BANKS<br>10-81770-WRS | DAVID ANGELO BANKS<br>BARBARA BANKS<br>210 N JOSEPHINE<br>TUSKEGEE, AL, 36083 | $0.22 |
| ARTHUR G FORTENBERRY JR<br>BARBARA JEAN FORTENBERRY<br>10-12329-WRS | ARTHUR G FORTENBERRY JR<br>BARBARA JEAN FORTENBERRY<br>112 CALDWELL COURT<br>DALEVILLE, AL, 36322 | $28.54 |
| SHATANYA S WARD<br>10-12436-WRS | SIMPLE LOANS<br>1034 ROSS CLARK CIR STE 3<br>DOTHAN, AL, 36303 | $5.82 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| AUBURY WAYNE JOHNSON<br>SANDRA VANESSA JOHNSON<br>10-33362-DHW | AUBURY WAYNE JOHNSON<br>SANDRA VANESSA JOHNSON<br>P O BOX 543<br>MONTEVALLO, AL, 35115 | $299.02 |
| ALLEN CARR JR<br>RUBY CARR<br>11-10006-WRS | ALLEN CARR JR<br>RUBY CARR<br>310 S 10TH AVE<br>HARTFORD, AL, 36344 | $0.05 |
| EVELYN MYRL MADDOX<br>11-10033-WRS | EVELYN MYRL MADDOX<br>129 AIRPORT RD<br>SLOCOMB, AL, 36375 | $0.21 |
| ELAINE MADDOX GUNN<br>11-80052-WRS | ELAINE MADDOX GUNN<br>1510 RANDOLPH CIRCLE<br>OPELIKA, AL, 36801 | $0.12 |
| EMMA G JACKSON<br>11-30198-DHW | EMMA G JACKSON<br>207 RUSH DR<br>TUSKEGEE, AL, 36083 | $1.41 |
| DORAN T MITCHELL<br>11-80123-WRS | DORAN T MITCHELL<br>P O BOX 162<br>GOODWATER, AL, 35072-0162 | $0.29 |
| RANDY A EUTSEY<br>11-10211-WRS | WILLIAM VERDELL<br>945 LAKEVIEW RD.<br>OZARK, AL, 36360 | $0.96 |
| POLLYANNA THOMAS<br>11-80218-WRS | RBC BANK<br>P O BOX 869<br>BUFFALO, NY, 14240-0869 | $4.32 |
| JEREMY W DUNAWAY<br>AMBER M DUNAWAY<br>11-30937-DHW | ALABAMA NEONATAL MEDICINE<br>2019 NORMANDIE DRIVE<br>MONTGOMERY, AL, 36111 | $0.56 |
| CHRISTOPHER B MITCHELL<br>11-31040-DHW | CAPITAL ONE AUTO FINANCE<br>P O BOX 201347<br>ARLINGTON, TX, 76006 | $125.43 |
| LINDA LIGHTNER<br>11-10701-WRS | LINDA LIGHTNER<br>1006 SOUTHLAND DR<br>DOTHAN, AL, 36301 | $1.68 |
| JAMES WILLIAM WHITE<br>11-31084-DHW | JAMES WILLIAM WHITE<br>2769 PELZER AVE<br>MONTGOMERY, AL, 36109 | $240.00 |
| TCHERNAVIA BLACKMON<br>11-31200-DHW | MONTGOMERY CANCER CENTER<br>4145 CARMICHAEL RD<br>MONTGOMERY, AL, 36106 | $4.93 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| KIMBERLY D CLEVELAND<br>11-31491-DHW | KIMBERLY D CLEVELAND<br>3309 OLD DOBBIN RD<br>MONTGOMERY, AL, 36116 | $3.15 |
| CARL DAVID GERMAN<br>SERENA L GERMAN<br>11-80929-WRS | UNITED CREDIT RECOVERY LLC<br>P O BOX 953245<br>LAKE MARY, FL, 32795 | $246.38 |
| JAMES E BEAN<br>11-80969-WRS | TITLE CASH<br>534 N. BROADWAY AVENUE<br>SYLACAUGA, AL, 35150 | $12.98 |
| KELVIN D BEASLEY<br>11-11138-WRS | VERIZON WIRELESS<br>500 TECHNOLOGY DR STE 550<br>WELDON SPRING, MO, 63304 | $7.34 |
| CHARLES LEWIS<br>11-31775-DHW | RBC BANK<br>P O BOX 869<br>BUFFALO, NY, 14240-0869 | $77.99 |
| FELECIA FRAZIER OWENS<br>11-31783-DHW | FELECIA FRAZIER OWENS<br>4502 RAINBOW RD<br>MONTGOMERY, AL, 36116 | $1.59 |
| ROCKY L EADY<br>11-31801-DHW | LYNNE B DUBAY<br>710 NOBLE ROAD<br>TALLASSEE, AL, 36078 | $250.00 |
| WILLIAM JAMES JEMISON<br>11-32018-DHW | TITLE CASH<br>203 7TH ST S STE A<br>CLANTON, AL, 35045 | $12.36 |
| BRITTANY L CLEMENTS<br>11-32164-DHW | BRITTANY L CLEMENTS<br>620 STEELE CIRCLE<br>GREENVILLE, AL, 36037 | $0.50 |
| NAPOLEON COTTON<br>ATTALLAH K COTTON<br>11-11536-WRS | U S DEPT OF EDUCATION<br>P O BOX 530260<br>ATLANTA, GA, 30353-0260 | $584.25 |
| DONALD GRIFFIN<br>11-32397-DHW | RBC BANK<br>P O BOX 869<br>BUFFALO, NY, 14240-0869 | $177.22 |
| FELECIA L BROCK<br>11-81499-WRS | FELECIA L BROCK<br>P O BOX 322<br>LAFAYETTE, AL, 36862 | $155.00 |
| JUANITA K ROGERS<br>11-11780-WRS | JOHNATHAN D. SMITH<br>P.O. BOX 728<br>COURTLAND, AL, 35618 | $7.65 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| CALVIN SMITH SEARS JR<br>BARBARA CAMPBELL SEARS<br>11-32673-DHW | CALVIN SMITH SEARS JR<br>BARBARA CAMPBELL SEARS<br>211 EASTDALE RD S APT E<br>MONTGOMERY, AL, 36117 | $19.17 |
| RAQUEL DENISE BAKER<br>11-32731-DHW | CAPITAL ONE AUTO FINANCE<br>P O BOX 201347<br>ARLINGTON, TX, 76006 | $106.63 |
| JAY DALE BYRD<br>SHIRLEY ANN BYRD<br>11-12017-WRS | JAY DALE BYRD<br>SHIRLEY ANN BYRD<br>496 CO RD 109 LOT 2<br>DALEVILLE, AL, 36322 | $27.97 |
| BELINDA O BRYANT<br>11-33278-DHW | BELINDA O BRYANT<br>213 SHARON LANE<br>MONTGOMERY, AL, 36108 | $26.00 |
| EVERETT HARRISON<br>12-10118-WRS | EVERETT HARRISON<br>21223 WHATLEY ROAD<br>ANDALUSIA, AL, 36420 | $3.20 |
| DOUGLAS B HENRY SR<br>MARY E HENRY<br>12-80383-WRS | DOUGLAS B HENRY SR<br>MARY E HENRY<br>11411 HWY 63 N<br>GOODWATER, AL, 35072 | $0.62 |
| MELANIE ROBINSON<br>12-10618-WRS | MELANIE ROBINSON<br>1296 CO HWY 90<br>HAMILTON, AL, 35570 | $1.33 |
| DEREK ANTHONY CURRY<br>12-30916-DHW | DEREK ANTHONY CURRY<br>390 KINGSTON DR<br>PIKE RD, AL, 36064 | $89.52 |
| CALVIN M ROGERS<br>PEGGY J ROGERS<br>12-30936-DHW | CALVIN M ROGERS<br>PEGGY J ROGERS<br>61 BEACH LOOP RD<br>HONORAVILLE, AL, 36042 | $18.15 |
| JASON H BARRON<br>ANNIE JOY BARRON<br>12-80581-WRS | FRONTIER BANK<br>C/O MARRELL J MCNEAL ATTY<br>P O BOX 308<br>OPELIKA, AL, 36803-0308 | $52.00 |
| JASON H BARRON<br>ANNIE JOY BARRON<br>12-80581-WRS | MARRELL MCNEAL ATTY AT LAW PC FOR<br>THE BENEFIT OF FRONTIER BANK<br>P O BOX 308<br>OPELIKA, AL, 36803-0308 | $144.00 |
| WILLIAM ALFORD LISTER JR<br>CINDY LEE LISTER<br>12-10852-WRS | WILLIAM ALFORD LISTER JR<br>CINDY LEE LISTER<br>55 A ST<br>DALEVILLE, AL, 36322 | $1.38 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount |
|---|---|---|
| NISSAN R BRAZIL<br>12-31578-DHW | NISSAN R BRAZIL<br>3108 RAVENWOOD DR<br>MONTGOMERY, AL, 36116 | $389.26 |
| REGINA RENEE GALLOWAY<br>12-11353-WRS | REGINA RENEE GALLOWAY<br>504 LAGRAND DR<br>DOTHAN, AL, 36301 | $0.77 |
| DAN ROBINSON<br>12-81232-WRS | STEWART REDDOCH<br>C/O HAROLD MORRIS ATTORNEY AT LAW<br>2304 GATEWAY DR STE A<br>OPELIKA, AL, 36801 | $2,271.22 |
| KELVIN WILBURN<br>12-32916-DHW | CITIMORTGAGE INC<br>P O BOX 688971<br>DES MOINES, IA, 50368-8971 | $2,491.05 |
| CATRINA M THOMAS<br>12-12357-WRS | CATRINA M THOMAS<br>111 IMPERIAL DR<br>EUFAULA, AL, 36027 | $0.23 |
| THOMAS WARREN JR<br>CASSANDRA RAY WARREN<br>13-30302-DHW | TREASURER CITY OF DETROIT PROPERTY TAXES<br>TREASURER CITY OF DETROIT<br>P O BOX 33523<br>DETROIT, MI, 48232-5523 | $708.47 |
| JOHN M FEAGINS<br>13-30947-DHW | JOHN M FEAGINS<br>3711 GASTON AVE<br>MONTGOMERY, AL, 36105 | $56.60 |
| JANELLE A VARNER<br>13-31209-DHW | JANELLE A VARNER<br>299 MEADOWVIEW LANE<br>PRATTVILLE, AL, 36066 | $2.53 |
| KENNETH KIRKLAND<br>13-31453-DHW | KENNETH KIRKLAND<br>15 WATSON ST<br>JEMISON, AL, 35085 | $0.61 |
| WENDELL S WILLIAMS<br>14-80976-WRS | WENDELL S WILLIAMS<br>109 BROWN ST<br>TUSKEGEE, AL, 36083 | $114.96 |
| VICTORIA ANNE GIBSON<br>15-30936-DHW | VICTORIA ANNE GIBSON<br>67 BAGGETT DR<br>MONTGOMERY, AL, 36108 | $105.00 |
| AMANDA LEE GRAY<br>15-11344-WRS | AMANDA LEE GRAY<br>238 HOLIDAY LANE<br>OZARK, AL, 36360 | $0.23 |

6140.93

- 6 -

This does certify that the information shown above is true and correct to the best of my knowledge and belief.

Sincerely,

Sabrina L. McKinney
Acting Chapter 13 Trustee
SLM/BH